STARKWEATHER v. CHATFIELD.

DRAINS—ESTABLISHMENT — PETITION — SIGNERS — FREEHOLDERS — PURCHASERS ON CONTRACT.

Since by the common law and by the statute (section 8787, 3 Comp. Laws) estates of inheritance are freehold estates, and the estate of the vendee in a land contract in possession is an estate of inheritance, such a vendee is a freeholder, and as such entitled to sign an application for a drain under section 4319, 2 Comp. Laws.

Appeal from Lenawee; Chester, J. Submitted June 7, 1907. (Docket No. 52.) Decided September 20, 1907.

Bill by Ira Starkweather and others against Willis Chatfield, drain commissioner of Lenawee county, to restrain the construction of a drain. From a decree dismissing the bill, complainants appeal. Affirmed.

B. L. Hart and Bird & Sampson, for complainants.

Theodore M. Joslin, for defendant.

OSTRANDER, J. Eleven persons signed the application

149 443
153 432
j153 433
j153 437

for the drain (2 Comp. Laws, § 4319), ten of them being freeholders if the vendee in a land contract, in possession, is a freeholder. At the common law (1 Bouvier's Dictionary, p. 693, tit., Estate of Freehold) and by statute (3 Comp. Laws, § 8787) estates of inheritance are freehold estates. The estate of the vendee in a land contract, in possession, is an estate of inheritance. *Wing* v. *McDowell*, Walk. Ch. (Mich.) 175; *House* v. *Dexter*, 9 Mich. 246; *Fitzhugh* v. *Maxwell*, 34 Mich. 138; *Bowen* v. *Lansing*, 129 Mich. 117 (57 L. R. A. 643). See, also, *City of Marquette* v. *Land Co.*, 132 Mich. 130.

The decree is affirmed, with costs to defendant.

CARPENTER, GRANT, BLAIR, and MONTGOMERY, JJ., concurred.